# EXHIBIT 7



# Invoice

Thomas Elliot
Elad Group
575 Madison Ave
22nd Floor
New York NY 10022
212-213-8833 ext. 224
ebaez@eladgroup.com

March 14, 2013
Invoice # 4983

Image to be used for:
- Print book, limited print run, internal sales meeting of real estate.
- Website use, non-home page, 1/5 page, 1 year.

All rights not expressed here, including copyright, remain the exclusive property of the photographer.

**Fees**

**Image ID:** 10389    **Film Number:** 05009-588

| | |
|---|---|
| **Usage Description:** | $500.00 |
| **Start Date:** March 14th, 2013 | |
| **End Date:** April 14th, 2013 | |
| **Media Type:** Corporate    **Exclusivity:** None    **Industry:**    **Region:** Local | |
| **Territory:** New York    **Medium:** Internal Presentation    **Quantity:** Up To 1    **Size:** 1/2 Page | |

| | |
|---|---|
| **Usage Description:** | $750.00 |
| **Start Date:** March 14th, 2013 | |
| **End Date:** March 14th, 2014 | |
| **Media Type:** Electronic    **Exclusivity:** None    **Industry:**    **Region:** Global | |
| **Territory:** Worldwide    **Medium:** Website    **Quantity:** Up To 1    **Size:** 1/5 | |

Total Fees and Expenses    $1250.00

Granting of right of usage is contingent upon payment and is subject to the terms and conditions provided on ericksonstock.com and as detailed in the description and line items above. For Royalty Free licenses (RF750), the unlimited use, unlimited time rights granted are for one (1) client only as listed above.
Payment is required within 30 days of invoice date. Adjustment of amount, or terms, must be requested within 14 days of invoice date. Cancellation of invoice after 14 days from date of invoice will result in a 50% cancellation fee per line item cancelled.
Jim Erickson and Erickson Productions to retain ownership and copyright of all image and video content.

**ERICKSON PRODUCTIONS, INC P.O. BOX 621 PETALUMA, CA 94953 TELEPHONE 707 789.0405 FAX 707 789.0459**
**www.ericksonstock.com   email: info@ericksonstock.com**