Torres, A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/2018

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICKSON PRODUCTIONS, INC.,<br>*Plaintiff,*<br>-v-<br>EL AD US HOLDING, INC; TRIBECA REAL ESTATE COMPANY; and CHARLES RUTENBERG, LLC,<br>*Defendants.* | Case No. 1:17-cv-06550-AT<br>Hon. Analisa Torres<br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the above-captioned action is voluntarily dismissed with prejudice as against Defendant El Ad US Holding, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

Plaintiff also hereby voluntarily dismisses its claims against Defendant Tribeca Real Estate Company, who has yet to file an answer or otherwise appear in the case, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

This stipulation may be executed in counterparts, which, when taken together, shall constitute one original document. A signed copy of this stipulation transmitted electronically or by facsimile shall be deemed an original for all purposes.

Dated: December 27, 2017

By: ______________________
Nate A. Kleinman
The McCulloch Law Firm PLLC
501 Fifth Avenue, Suite 1809
New York, NY 10017
*Counsel for Plaintiff*

By: ______________________
Hillel I. Parness
Parness Law Firm, PLLC
136 Madison Ave., 6th Floor
New York, NY 10016
*Counsel for Defendant El Ad*

SO ORDERED.

Dated: January 3, 2018
New York, New York

ANALISA TORRES
United States District Judge